UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIDGET MICHELLE REYNAUD,<br><br>Plaintiff,<br><br>v.<br><br>RIVERBED TECHNOLOGY, LLC,<br><br>Defendant. | Case No. 24-cv-00700-SI<br><br>**ORDER FOR SUPPLEMENTAL BRIEFING; CONTINUING CASE MANAGEMENT CONFERENCE** |

On May 17, 2024, the Court held a hearing on defendant's motion to compel arbitration. The Court indicated that it is inclined to deny the motion to compel arbitration as to the Title VII claims but grant the motion to compel arbitration as to the California state law claims. The parties discussed, but did not brief, the question of whether the Court must stay litigation on the Title VII claims if the California state law claims are sent to arbitration.

The Court hereby ORDERS the parties to file supplemental briefing on the question of a stay, where some claims are subject to arbitration and some are not. Each side may file a brief not to exceed five pages. The briefs are due **no later than May 31, 2024.** The matter will then be taken under submission.

The case management conference currently set for May 31 is CONTINUED to **June 21, 2024, at 2:30 p.m.** over Zoom.

**IT IS SO ORDERED**.

Dated: May 17, 2024

_____
SUSAN ILLSTON
United States District Judge